# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-2024-DMS |
| Plaintiff, | |
| v. | **ORDER GRANTING UNITED STATES' MOTION TO DISPOSE OF EVIDENCE** |
| ROCIO ZAMORA-PEDRIN, | |
| Defendant. | |

Based upon the United States' Motion to Dispose of Evidence in this case, and for the reasons set forth therein, and good cause appearing therefor, it is hereby ORDERED that the United States may dispose of, and need not preserve, the evidence in this case, including any vehicle or drug evidence.

**IT IS SO ORDERED.**

Dated: November 4, 2020

_____
Hon. Dana M. Sabraw
United States District Judge